**Below is the Order of the Court.**

Karen A. Overstreet
U.S. Bankruptcy Judge
**(Dated as of Entered on Docket date above)**

IN THE UNITED STATES BANKRUPTCY COURT

OF THE WESTERN DISTRICT OF WASHINGTON, SEATTLE

| In re: | CHAPTER 13 |
|---|---|
| Randy Horton and Shalynn Horton, | Case No.: 15-11157 KAO |
| Debtors. | ORDER APPROVING MOTION TO EXTEND AUTOMATIC STAY PURSUANT TO 11 USC SECTION 362(C) |

Upon the motion of the debtors to extend the automatic stay pursuant to Section 362(c) as to all creditors, because the debtor filed this case in good faith, and after proper notice to all affected parties with no objections brought within the prescribed time limits:

It is hereby ORDERED and DECREED that the automatic stay is extended.

/// END OF ORDER///

Presented by:

____/s/Ashley Lauber_____
Ashley A. Lauber, WSBA #44099

ORDER APPROVING MOTION TO
EXTEND AUTOMATIC STAY PURSUANT
TO 11 USC SECTION 362(C)
Page 1 of 1

Lauber Dancey, PLLC.
1721 Hewitt AVE., Suite 412
Everett, WA 98201
(425) 312-7956