Judge: Marc Barreca  
Chapter: 13

United States Bankruptcy Court  
Western District of Washington at Seattle

In RE:                                                   Chapter 13 Case # 15-11157

Randy Russell Horton  
Shalynn Renee Horton  
6426 130Th St Se  
Snohomish,Wa 98296

                Debtor(s)

## Chapter 13 Trustee's Report of Filed Claims
September 11, 2015

The office of the Chapter 13 Trustee reports that both the governmental and non-governmental bar dates have expired in the above-encaptioned case. The Trustee's staff has examined the schedules of debts filed in this case as well as the records of the Clerk of the United States Bankruptcy Court. Based upon that examination, the Trustee's office submits the following report of the names and addresses of the creditors who have timely filed a proof of claim in this case, together with the amount set forth on each such claim.

K. Michael Fitzgerald  
Chapter 13 Trustee

Chapter 13 Case No. 15-11157

| Name and Address of Creditor | Amount | Classification | |
|---|---|---|---|
| Cap1/Bstby<br>Po Box 790441<br>Saint Louis,MO 63179 | $0.00<br>Clm#: 5<br>Level: 98 | Not Filed<br><br>Comm: appliances/<br>Acct # | X |
| Clerk Of Bankruptcy Court<br>Finance Dept. Us Court House<br>700 Stewart St, 6Th Flr #6301<br>Seattle,WA 98101 | $210.00<br>Clm#: 0<br>Level: 1<br>200000 | Filing Fee<br>@ $210.00 Per Month<br>Comm:<br>Acct # | |
| Internal Revenue Service<br>Po Box 7346<br>Philadelphia,PA 19101 | $0.00<br>Clm#: 11<br>Level: 98<br>Corr Only | Y - Notice Only<br><br>Comm:<br>Acct # | |
| Jp Morgan Chase Bank, N.A.<br>Po Box 901032<br>Ft Worth,TX 76101-2032 | $4,796.51<br>Clm#: 8<br>Level: 13 | 2 - 910 Vehicle<br>@ $96.55 Per Month<br>Comm: 03 Infiniti<br>Acct # 6051/SD 6-15/NOT A 910VEH | |
| Kinsel Law Office<br>2025 1St Ave #440<br>Seattle,WA 98121 | $0.00<br>Clm#: 35<br>Level: 98<br>408690 | 2002 Notice<br><br>Comm: center for women's health at evergre<br>Acct # | N |

| Creditor | Amount / Claim | Type / Comment | |
|---|---|---|---|
| Mccarthy & Holthus Llp<br>108 1St Ave S #300<br>Seattle,WA 98104 | $0.00<br>Clm#: 33<br>Level: 98<br>226593 | 2002 Notice<br><br>Comm: wells fargo<br>Acct # | N |
| Merchants Credit<br>Po Box 7416<br>Bellevue,WA 98008 | $421.94<br>Clm#: 34<br>Level: 40<br>010180 | U - Unsecured<br><br>Comm: swed hosp/not orig listed<br>Acct # P1180883 SWD | |
| Navient Solutions Inc<br>Dept Of Education Servicing<br>Po Box 740351<br>Atlanta,GA 30374-0351 | $47,697.52<br>Clm#: 9<br>Level: 40 | U - Unsecured<br><br>Comm: student loan<br>Acct # 1930 | |
| Portfolio Recovery Assoc<br>Po Box 12914<br>Norfolk,VA 23541 | $1,172.47<br>Clm#: 4<br>Level: 40<br>352291 | U - Unsecured<br><br>Comm: Capital One/HSBC<br>Acct # 8818 | |
| Portfolio Recovery Assoc<br>Po Box 12914<br>Norfolk,VA 23541 | $1,240.38<br>Clm#: 6<br>Level: 40<br>352291 | U - Unsecured<br><br>Comm: Capital One/HSBC<br>Acct # 9315 | |
| Portfolio Recovery Assoc<br>Po Box 12914<br>Norfolk,VA 23541 | $3,273.35<br>Clm#: 38<br>Level: 40<br>352291 | U - Unsecured<br><br>Comm: Best Buy<br>Acct # 4501 | |
| Snohomish Cascade Highlands<br>Emb Management<br>Po Box 45450<br>San Francisco,CA 94145 | $0.00<br>Clm#: 14<br>Level: 10 | Continuing Debt<br>@ $30.00 Per Month<br>Comm: hoa dues/ SD 4-15/ cr to file poc<br>Acct # File T/L-0 | T |
| Snohomish Cascade Highlands<br>Emb Management<br>Po Box 45450<br>San Francisco,CA 94145 | $30.00<br>Clm#: 36<br>Level: 14 | ) - Post Petition Mortgage Delq<br><br>Comm: payment for 3-15 (1 pmt)/ cr to file p<br>Acct # File T/L-0 | |
| Snohomish Cascade Highlands<br>Emb Management<br>Po Box 45450<br>San Francisco,CA 94145 | $250.00<br>Clm#: 24<br>Level: 17 | = - Other Secured Delq<br>@ $4.79 Per Month<br>Comm: ~ 2-15 hoa dues/SD 6-15/ cr to file p<br>Acct # File T/L-0 | T |
| The Center For Women<br>% Kinsel Law Offices<br>2025 1St Ave #730<br>Seattle,WA 98121 | $383,386.27<br>Clm#: 7<br>Level: 13 | Preferred/Not 100%<br>@ $518.97 Per Month<br>Comm: prev Adversary case #07-01160<br>Acct # will survive/non-dischargeable judgn | |
| Wells Fargo Dealer Services Inc<br>Po Box 25341<br>Santa Ana,CA 92799 | $20,296.14<br>Clm#: 20<br>Level: 13 | E - Secured By Vehicle<br>@ $391.91 Per Month<br>Comm: 08 Chev Tahoe/ SD 4-15<br>Acct # 6817/ NOT 910 VEHICLE | |

| Wells Fargo Home Mortgage<br>1 Home Campus<br>Mac# X230204C<br>Des Moines,IA 50328 | $0.00<br>Clm#: 19<br>Level: 10 | Continuing Debt<br>@ $1,712.07 Per Month<br>Comm: SD 4-15<br>Acct # 5641/DOT 1-6-10/ 6426 130th St SE |
|---|---|---|
| Wells Fargo Home Mortgage<br>1 Home Campus<br>Mac# X230204C<br>Des Moines,IA 50328 | $36,701.54<br>Clm#: 25<br>Level: 17 | D - 1St Mortgage Delinquency<br>@ $542.37 Per Month<br>Comm: ~ 2-15/ SD 6-15<br>Acct # 5641/DOT 1-6-10/ 6426 130th St SE |
| Wells Fargo Home Mortgage<br>1 Home Campus<br>Mac# X230204C<br>Des Moines,IA 50328 | $1,712.07<br>Clm#: 37<br>Level: 14 | ) - Post Petition Mortgage Delq<br>Comm: payment for 3-15 (1 pmt)<br>Acct # 5641/DOT 1-6-10/ 6426 130th St SI |

**Total Claimed Amount: $501,188.19**

To Debtor:

Shown above is a report of your creditors' names and addresses, and the amounts of their claims. The above figures do not reflect any payments and may not be the current balances. They are the ORIGINAL amounts shown on the proofs of claim filed by your creditors. This list is not an audit and does not include the Trustee's administrative charges, although it does include your attorney's fees, if any, paid through the plan.

Please check this report carefully. If you dispute any amounts claimed by your creditors you must contact your attorney. A copy of this report has been forwarded to your attorney.

Objections to claims in chapter 13 cases must be filed and served no later than 270 days from the petition date, unless good cause is shown. Local Bankruptcy Rule 3007-1(b). Objections to claims shall be filed and served at least 30 days preceding the date fixed for hearing. Local Bankruptcy Rule 9013-1(d)(2)(C). See also Federal Rule of Bankruptcy Procedure 3007.

The Trustee distributes funds pursuant to the plan. Therefore, disputed claims and untimely claims may receive disbursements until a written objection is filed. Whether a claim is filed timely or late, it is allowed unless a party in interest objects. 11 U.S.C. § 502(a); In re Smith, No. 09-43823, 2010 WL 5018379, at * 2 - 3 (Bankr. W.D. Wa. Dec. 3, 2010). In addition, in the absence of an objection, even an untimely proof of claim is entitled to payment through the plan in the same manner as other claims of its class. Smith, 2010 WL 5018379, at *3.

You must contact your attorney immediately if you have questions or concerns.

The claim numbers assigned by this office are not the official claim numbers. Please refer to the claim numbers displayed on CM/ECF when filing documents in this case and do not refer to the claim number displayed by this office.

September 11, 2015

CC: Lauber Dancey Pllc
    1721 Hewitt Ave #412
    Everett,WA 98201

K. Michael Fitzgerald, Trustee
Chapter 13 Bankruptcy Trustee
600 University St. #2200
Seattle,WA 98101
www.seattlech13.com
Phone: (206) 624-5124
Fax:(206) 624-5282